UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SA CR 09- **SACR09-0068** |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | [18 U.S.C. § 2421: International/Interstate Transportation of Individual for Prostitution; 18 U.S.C. § 1957: Money Laundering] |
| MICHELLE LOUISE BRAUN, ) | |
| Defendant. ) | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. §§ 2421, 2]

On or about the 17th day of October, 2007, in the Central District of California, defendant MICHELLE LOUISE BRAUN knowingly transported or caused to be transported an individual in interstate commerce from Orange County, California to New York, New York, with intent that such individual engage in one or more acts of prostitution, in violation of 18 U.S.C. § 2421.

COUNT TWO

[18 U.S.C. §§ 1957, 2]

On or about the 24th day of February, 2004, within the Central District of California, and elsewhere, defendant MICHELLE LOUISE BRAUN did knowingly engage in a monetary transaction by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, a wire transfer of funds in the amount of $15,000 such property having been derived from a specified unlawful activity, that is, a violation of 18 U.S.C. § 2421.

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Office

DOUGLAS F. McCORMICK
Assistant United States Attorney
Deputy Chief, Santa Ana Office