# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

### CASE SUMMARY

Case Number SA DOC **F 09 - 0068**    Defendant Number _1_

U.S.A. v. _MICHELLE LOUISE BRAUN_    Year of Birth _1977_

☐ Indictment   ☑ Information    Investigative agency (FBI, DEA, etc.) _FBI_

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a. Offense charged as a:
  ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
  ☐ Petty Offense   ☐ Class B Misdemeanor

b. Date of offense _On or about October 17, 2007_

c. County in which first offense occurred
  _Orange_

d. The crimes charged are alleged to have been committed in:
  CHECK **ALL** THAT APPLY
  ☐ Los Angeles      ☐ Ventura
  ☑ Orange           ☐ Santa Barbara
  ☐ Riverside        ☐ San Luis Obispo
  ☐ San Bernardino   ☐ Other _____

Citation of offense _18 U.S.C § 2421 and_
  _18 U.S.C. § 1957_

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 07-02, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any:  **MUST MATCH NOTICE OF RELATED CASE** _____
_____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _N/A_
  Case Number _N/A_
  Charging _N/A_

The complaint:   ☐ is still pending
  ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
  ☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*      ☑ No

**\*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

### Superseding Indictment/Information

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

_____

Case Number _____

The superseded case:
  ☐ is still pending before Judge/Magistrate Judge

_____

  ☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☐ Yes*      ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*      ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☐ Yes      ☐ No

**\*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

Is an interpreter required?  ☐ Yes   ☑ No
IF YES, list language and/or dialect:
_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

## OTHER

☐ Male                          ☑ Female
☑ U.S. Citizen                  ☐ Alien
Alias Name(s) _____

This defendant is charged in:   ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?        ☐ Yes    ☑ No
IF YES, should matter be sealed?   ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☑ financial institution fraud      ☐ public corruption
☐ government fraud                 ☐ tax offenses
☐ environmental issues             ☐ mail/wire fraud
☐ narcotics offenses               ☐ immigration offenses
☐ violent crimes/firearms          ☐ corporate fraud
☑ Other: Prostitution

_____

_____

## CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?        ☐ Yes          ☐ No

d. Is a Fugitive           ☐ Yes          ☐ No

e. Is on bail or release from another district:
   _____

f. ☑ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.      ☐ Yes          ☑ No

Defendant is **in** custody:

a. Place of incarceration:   ☐ State        ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:
   _____

d. ☐ Solely on this charge. Date and time of arrest:
   _____

e. On another conviction:   ☐ Yes          ☐ No
   IF YES ☐ State           ☐ Federal      ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes          ☐ No
   IF YES ☐ State           ☐ Federal      AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. _____ 20   _____ 21   _____ 40

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

Date March 27, 2009 _____

_____
*Signature of Assistant U.S. Attorney*

DOUGLAS McCORMICK _____
*Print Name*