# Memorandum



Subj: **SACR09-0068**

United States v. MICHELLE LOUISE BRAUN

Date: March 27, 2009

To:

TERRY NAFISI
District Court Executive
United States District Court
Central District of California

From:

DOUGLAS McCORMICK
Assistant United States Attorney
Criminal Division

The matter relating to the above-referenced criminal action,

United States v. MICHELLE LOUISE BRAUN, being filed on  March 30, 2009 ,

    [ ] is

    [x] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

DOUGLAS McCORMICK
Assistant United States Attorney
Criminal Division